UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

Case NO: 6:22-CR-00132-PGB-LHP
6:22-CR-00133-PGB-LHP

NACOE RAY BROWN

TO WHOM IT MAY CONCERN:
JUNE 2025 THE YEAR OF OUR LORD

Mr. Brown is inquiring of a letter to address to Chief Judge Timothy J. Corrigan through the Middle District of Florida (Orlando Division) United States Courthouse.

Mr. Brown is inquiring of the status of his petition: Mr. Brown over all concern is Judge P.G. Byron can not be unbias toward this case because certain officers of the court have been implimented in an on going criminal federal investigation with direct connection to Mr. Brown orginal case related to his revocation ( For further discovery please consider case Numbers: CR NO:ELH-01-0377 Civil Case NO : ELA-23-352 September 19, 2023 filed).

The previous action by certain officers of the court causes Mr. Brown to be very apprehensive of officers of the court who over stepped their judicial boundary and power to keep him incarcerated at the expense of his constitution rights and due process, especially when new laws and admendments apply to him.

Their is no legal or logical reason for Mr. Brown to not be afforded or given one of the 2 point criminal history deduction and his P.S.I. report reflect such change, for sentencing and security purpose.

Their is no legal or logical reason the A.U.S.A., Federal Public Defender and the Probation Officer assigned to Mr. Brown case was not involved in his motion submitted to the District Court before a final decision was made.

Their is no legal or logical reason Mr. Brown has not received an official certified mail from the District letting him know the final order of his motion. Therefore the service process was not completed.

Their is no legal or logical reason, Mr. Sonthonax SaintGermain, the Federal Public defender assigned to Mr. Brown Amendment 821 matter was not given an opportunity to reply to the motion, or allow the motion to be forwared to his office.

Their are other new laws and amendments that effect Mr. Brown criminal history category points and sentence, Mr. Brown is now apprenhensive of submitting any motion to the District Court including his 2255, because of the unfair ruling and clear due process violation from Judge Byron.

Mr. Brown ask the Honorable Chief Judge Timothy J. Corrigan recused Judge P.G. Byron, allow Mr. Brown to re-submitt his 821 Amendment motion to the court and his Federal Public defender, the assigned A.U.S.A. and probation officer participate in this due process.

Respectfully Submitted

Nacoe Ray Brown Reg. No. 34730-037
F.C.I. Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525

## CERTIFICATE OF SERVICE

I the under sign hereby certify that a true and exact copy of the foregoing instrument, has been mailed postage pre-payed to:

:Office of the Clerk
C/O Chief Judge Timothy J. Corrigan
United States District of Flordia
Orlando Division
401 West Central Blvd Suit 1200
Orlando, FL 32801

On this 11th day of June 2025.

Nacoe Ray Brown Reg. No. 34730-037
F.C.I. Hazelton
P.O.box 5000
Bruceton Mills, WV 26525

Nacoe Ray Brown Reg. No. 54730-057
Federal Correctional Institute Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525



Office of the Clerk
C/O Chief Judge Timothy J. Corrigan

United States District of Flordia
Orlando Division
401 West Central Blvd Suit 1200
Orlando, FL 32801

LEgAl

